Case 1:24-mj-00077-RMM

Case: 1:24-mj-00077
Assigned To : Judge Robin M. Meriweather
Assign. Date : 02/29/2024
Description: COMPLAINT W/ARREST WARRANT

STATEMENT OF FACTS

Your affiliate, ███████████, is a Special Agent assigned to the Federal Bureau of Investigation ("FBI") Los Angeles Field Office. In my duties as a Special Agent, I have investigated allegations associated with domestic terrorism and other crimes. I have completed training and gained experience in interviewing and interrogation techniques, arrest procedures, search warrant applications, the execution of searches and seizures, and various other criminal laws and procedures. Currently, I am tasked with, among other things, investigating criminal activity in and around the Capitol grounds on January 6, 2021. As a Special Agent, I am authorized by law or by a Government agency to engage in or supervise the prevention, detection, investigation, or prosecution of a violation of Federal criminal laws.

The U.S. Capitol is secured 24 hours a day by U.S. Capitol Police. Restrictions around the U.S. Capitol include permanent and temporary security barriers and posts manned by U.S. Capitol Police. Only authorized people with appropriate identification were allowed access inside the U.S. Capitol. On January 6, 2021, the exterior plaza of the U.S. Capitol was also closed to members of the public.

On January 6, 2021, a joint session of the United States Congress convened at the United States Capitol, which is located at First Street, SE, in Washington, D.C. During the joint session, elected members of the United States House of Representatives and the United States Senate were meeting in separate chambers of the United States Capitol to certify the vote count of the Electoral College of the 2020 Presidential Election, which had taken place on November 3, 2020. The joint session began at approximately 1:00pm. Shortly thereafter, by approximately 1:30pm, the House and Senate adjourned to separate chambers to resolve a particular objection. Vice President Mike Pence was present and presiding, first in the joint session, and then in the Senate chamber.

As the proceedings continued in both the House and the Senate, and with Vice President Mike Pence present and presiding over the Senate, a large crowd gathered outside the U.S. Capitol. As noted above, temporary and permanent barricades were in place around the exterior of the U.S. Capitol building, and U.S. Capitol Police were present and attempting to keep the crowd away from the Capitol building and the proceedings underway inside.

At such time, the certification proceedings were still underway, and the exterior doors and windows of the U.S. Capitol were locked or otherwise secured. Members of the U.S. Capitol Police attempted to maintain order and keep the crowd from entering the Capitol; however, around 2:00pm., individuals in the crowd forced entry into the U.S. Capitol, including by breaking windows and by assaulting members of the U.S. Capitol Police, as others in the crowd encouraged and assisted those acts.

Shortly thereafter, at approximately 2:20pm members of the United States House of Representatives and United States Senate, including the President of the Senate, Vice President Mike Pence, were instructed to—and did—evacuate the chambers. Accordingly, the joint session of the United States Congress was effectively suspended until shortly after 8:00pm. Vice President Pence remained in the United States Capitol from the time he was evacuated from the Senate Chamber until the sessions resumed.

1

During national news coverage of the aforementioned events, video footage which appeared to be captured on mobile devices of persons present on the scene depicted evidence of violations of local and federal law, including scores of individuals inside the U.S. Capitol building without authority to be there.

### Identification of Mark Christian WROBLEWSKI

On September 14, 2021, the FBI interviewed a subject of another investigation arising from the Capitol Riot on January 6, 2021, referred to herein as "Person 1." Person 1 stated he met an unidentified male ("UM") from Los Angeles, who stayed at the same hotel that he did in the vicinity of Washington, D.C. Person 1 stated that he spent time with UM on January 6, 2021, going to the Washington Monument and into the U.S. Capitol building. Person 1 provided the following picture of the UM, who wore a black "Vans" ball cap, black jacket, and blue jeans.



*Image 1*

The FBI obtained toll records of Person 1 from January to September of 2021. Those records show that Person 1 had called and texted a number ending in "6827" on January 6th and 7th. There were a few other calls and texts between Person 1 and the number ending in 6827 in January 2021. After a period of several months in which the toll records do not show any communication between Person 1 and the number ending in 6827, there is call shown in the toll records from Person 1 to the number ending in 6827 on September 14th, which is the same date that the FBI interviewed Person 1.

The FBI obtained toll records for the number ending in 6827 from December 1, 2020 through October 29, 2021. Those records showed that the number ending in 6827 was associated with WROBLEWSKI and that he used an address in the Los Angeles area. WROBLEWSKI had several telephonic contacts with phone number ending in "6901," which the FBI had identified

2

as associated with Person 1. Many of those contacts were from the time period of January 4, 2021 through January 10, 2021.

On January 31, 2023, the FBI interviewed Person 1 again. He stated that the evening prior to the rally (held on January 6, 2021) he met an individual from Los Angeles who had also traveled to Washington D.C. for the rally. Person 1 remembered calling him "Chris." Person 1 was shown a photo (Image 2, below) and identified the individual in the black baseball hat and black jacket, whom the FBI has identified to be MARK CHRISTIAN WROBLEWSKI, as "Chris." I know from my training, experience, and work on other cases related to the Capitol Riot that some of the participants at the Capitol Riot used pseudonyms when introducing themselves to others. I believe "Chris" could also be an abbreviation for WROBLEWSKI's middle name, Christian.



*Image 2*

Law enforcement also interviewed an employee of a facility in the Los Angeles area that the FBI determined had provided services to WROBLEWSKI. The employee was shown two photographs of WROBLEWSKI that were taken in Washington, D.C. on January 6, 2021, and which were obtained from Person 1's phone (Image 2 above and Image 3 below). The employee identified the individual in the photographs as WROBLEWSKI. The employe stated that he/she had met with WROBLEWSKI in-person.



*Image 3*

The FBI obtained, and I have reviewed, flight records that show that WROBLEWSKI traveled from LAX (Los Angeles, CA) to IAD (Dulles, VA) on January 5, 2021 via United Airlines with a return flight on January 7, 2021 from IAD to LAX. The phone number ending in 6827 and a specific Google account were associated with the travel records. I have reviewed records from Google that were obtained during the investigation, which show that the specific Google account shown in the travel records was also associated with WROBLEWSKI.

The FBI also obtained relevant hotel records. I have reviewed hotel records that confirm that WROBLEWSKI stayed at a particular hotel in the vicinity of Washington, D.C. that was identified by Person 1 from January 5, 2021 to January 7, 2021.

### WROBLEWSKI's movements throughout the U.S. Capitol on January 6, 2021

The FBI obtained and served a search warrant on electronic communications provider regarding two of Person 1's accounts. WROBLEWSKI's phone number ending in 6827 was saved as "LA Chris" in the contacts of one of Person 1's accounts. The accounts contained photographs of Person 1 and WROBLEWSKI together in Washington D.C. on January 6, 2021, including Image 2 and 3, above. In addition, a video found in the accounts shows WROBLEWSKI walking underneath an American flag (as shown in Image 4, below), and in the video, Person 1 refers to WROBLEWSKI as "Chris."



*Image 4*

Review of publicly available video and other video obtained from the FBI shows, among other things, the following regarding WROBLEWSKI's actions on the U.S. Capitol grounds on January 6, 2021. WROBLEWSKI appears on U.S. Capitol grounds in a YouTube video where he is seen standing outside the U.S. Capitol on the North side landing outside the North Senate doorway, as shown in Image 5, below.



*Image 5*

At approximately 2:56pm, images from surveillance video show that WROBLEWSKI entered the U.S. Capitol through the entrance located at the northwest Courtyard portal adjacent to the West Stairs near Senate Office 131 (Image 6, below). As recorded on Capitol surveillance video, WROBLEWSKI had his back to the camera as he walked, and he carried a small U.S. flag. WROBLEWSKI also has a rolled up white object sticking out of his left rear jeans pocket.

5



*Image 6*

At approximately 2:58pm, WROBLEWSKI, wearing a light blue medical mask, was shown on surveillance video exiting the Capitol building (Image 7, below). Also shown in this image is Person 1, standing immediately in front of WROBLEWSKI, wearing a red hat, light gray sweatshirt, and dark gray vest.



*Image 7*

At approximately 3:06pm, WROBLEWSKI reentered the U.S. Capitol building through the Senate Wing Door from the Northwest Courtyard (Image 8, below). He walked southward and in the direction of the Old Supreme Court Chamber.

6



*Image 8*

WROBLEWSKI entered Room S-140, an office of Senator Merkley of Oregon (Image 9, below), where he stayed for approximately one minute before exiting. Also shown in this image is Person 1, wearing a red hat, blue jeans, light gray sweatshirt, and dark gray vest.



*Image 9*

WROBLEWSKI then crossed the hallway and entered Room S-145, where he stayed briefly with other rioters (Image 10, below).



*Image 10*

WROBLEWSKI exited the room and walked southbound. WROBLEWSKI entered an area inside the U.S. Capitol building known as the Crypt at approximately 3:08pm. He posed to take a picture at the base of the Roger Sherman (Connecticut) statue and walked toward the center of the Crypt. He then made his way through other areas of the Capitol Building, including the Memorial Door, the House Wing Door Hallway, and the North Crypt, as the riot remained ongoing. He then exited the Capitol building through the Senate Wing Door at approximately 3:14pm.

Based on the foregoing, your affiant submits that there is probable cause to believe that Mark Christian Wroblewski violated 18 U.S.C. § 1752(a)(1) and (2), which makes it a crime to (1) knowingly enter or remain in any restricted building or grounds without lawful authority to do; and (2) knowingly, and with intent to impede or disrupt the orderly conduct of Government business or official functions, engage in disorderly or disruptive conduct in, or within such proximity to, any restricted building or grounds when, or so that, such conduct, in fact, impedes or disrupts the orderly conduct of Government business or official functions. For purposes of Section 1752 of Title 18, a "restricted building" includes a posted, cordoned off, or otherwise restricted area of a building or grounds where the President or other person protected by the Secret Service, including the Vice President, is or will be temporarily visiting; or any building or grounds so restricted in conjunction with an event designated as a special event of national significance.

Your affiant submits there is also probable cause to believe that Mark Christian Wroblewski violated 40 U.S.C. § 5104(e)(2)(D) & (G), which makes it a crime to willfully and

knowingly (D) utter loud, threatening, or abusive language, or engage in disorderly or disruptive conduct, at any place in the Grounds or in any of the Capitol Buildings with the intent to impede, disrupt, or disturb the orderly conduct of a session of Congress or either House of Congress, or the orderly conduct in that building of a hearing before, or any deliberations of, a committee of Congress or either House of Congress; and (G) parade, demonstrate, or picket in any of the Capitol Buildings.

Special Agent
Federal Bureau of Investigation

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone, this 29th day of February, 2024.

HONORABLE ROBIN M. MERIWEATHER
UNITED STATES MAGISTRATE JUDGE